931 F.2d 54
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Aaron HOLSEY, Plaintiff-Appellant,
v.
The BOARD OF EDUCATION FOR BALTIMORE CITY, Howard N. Lyles,
Individually and as Warden of the State Penitentiary; G.L.
Shirley, Individually and as Librarian of the State
Penitentiary, Defendants-Appellees.
 No. 90-6157.
 United States Court of Appeals, Fourth Circuit.
 Submitted April 8, 1991.
Decided April 26, 1991.
 
 Appeal from the United States District Court for the District of Maryland, at Baltimore. Frank A. Kaufman, Senior District Judge. (CA-87-1946-K)
 Aaron Holsey, appellant pro se.
 Glenn William Bell, Office of the Attorney General of Maryland, Baltimore, Md., for appellees.
 D.Md.
 AFFIRMED.
 Before MURNAGHAN, SPROUSE, and NIEMEYER Circuit Judges.
 PER CURIAM:
 
 
 1
 Aaron Holsey appeals from the district court's order denying relief under 42 U.S.C. Sec. 1983. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Holsey v. Board of Education, CA-87-1946-K (D.Md. Aug. 2, 1990). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process. Holsey's request for appointment of counsel is denied.
 
 
 2
 AFFIRMED.